Opinion issued October 7, 2010.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00511-CV

———————————

William Earl Cunningham, Appellant

V.

Gerald A.
Campbell, M.D., Senior Ophthalmologist, Appellee



 



 

On Appeal from the 10th District Court

Galveston County, Texas



Trial Court Case No. 07CV0836

 



MEMORANDUM
OPINION

Appellant William Earl Cunningham
has failed to provide the Court with a current address or timely file a
brief.  See Tex. R. App. P. 6.3, 38.8(a).  On May 25, 2010, the clerk of this Court
notified Cunningham, by certified and first class mail at his last known
address, of his failure to comply with the briefing schedule and required him
to provide his current address within ten (10) days of the date of that notice
or risk involuntary dismissal of his appeal without further notice.  

Appellant did not respond to that
notice.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).  The
appeal is dismissed for want of prosecution for failure to timely file a
brief.  

PER
CURIAM

Panel
consists of Justices Keyes, Higley, and Bland.